NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NETWORK SIGNATURES, INC.,**
*Plaintiff-Appellant,*

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
*Defendant-Cross Appellant.*

---

2012-1492, -1625

---

Appeals from the United States District Court for the Central District of California in case no. 11-CV-0982, Judge James V. Selna.

---

**ON MOTION**

---

**ORDER**

Upon consideration of State Farm Mutual Automobile Insurance Company's unopposed motion to consolidate appeal 2012-1492 with cross-appeal 2012-1625,

IT IS ORDERED THAT:

(1) The motion to consolidate the appeals is granted.

NETWORK SIGNATURES, INC. V. STATE FARM MUTUAL AUTO    2

(2) The revised official caption is reflected above.

FOR THE COURT

___SEP 2 6 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Peter R. Afrasiabi, Esq.
Daryl Joseffer, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 6 2012

JAN HORBALY
CLERK